# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0719
Lower Tribunal No. 25-2952-CA-01
_____

**Gooselake, LLC,**
Appellant,

vs.

**Fredy Pelaez, et al.,**
Appellees.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Lorium Law, and Riley W. Cirulnick (Fort Lauderdale), for appellant.

Miguel San Pedro, for appellees.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").